STEPHEN H. ROGERS, ESQ.
Nevada Bar No. 5755
CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Telephone: (702) 383-3400
Facsimile: (702) 384-1460
Email: srogers@rmcmlaw.com
       cmichalek@rmcmlaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN FAMILY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STACY KELECY; individually, BRITTANY ALEXIS CLARK, individually, NICHOLAS LIKO GORDON, individually,  DOES 1-20; and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>　　　　　Defendants.<br><br>NICHOLAS LIKO GORDON,<br><br>　　　　　Counter-Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY INSURANCE COMPANY,<br><br>　　　　　Counter-Defendant. | Case No.:　　2:25-cv-01285-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE AN ANSWER TO NICHOLAS LIKO GORDON'S COUNTERCLAIM AGAINST AMERICAN FAMILY INSURANCE COMPANY** |

1  IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that AMERICAN FAMILY INSURANCE COMPANY shall have until September 12, 2025 in which to file an Answer to NICHOLAS LIKO GORDON's Counterclaim.

DATED this 10th day of September, 2025.     DATED this 10th day of September, 2025.

LAW OFFICE OF MATTHEW L. SHARP     ROGERS, MASTRANGELO, CARVALHO & MITCHELL

/s/ *Matthew L. Sharp*     /s/ *Stephen H. Rogers*

Matthew L. Sharp, Esq.
LAW OFFICE OF MATTHEW L. SHARP
432 Ridge Street
Reno, Nevada 89501
*Attorneys for Defendant/Counter-Plaintiff Nicholas Gordon*

Stephen H. Rogers, Esq.
Nevada Bar No. 5755
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff/Counter-Defendant American Family Insurance Company*

## ORDER

**IT IS SO ORDERED**.

DATED this 10th day of September, 2025.

_____
U.S. MAGISTRATE JUDGE

Submitted by:

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

/s/ *Stephen H. Rogers*

Stephen H. Rogers, Esq.
Nevada Bar No. 5755
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff/Counter-Defendant American Family Insurance Company*