STEPHEN H. ROGERS, ESQ.
Nevada Bar No. 5755
CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Telephone: (702) 383-3400
Facsimile: (702) 384-1460
Email: srogers@rmcmlaw.com
          cmichalek@rmcmlaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN FAMILY INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>vs.<br><br>STACY KELECY; individually, BRITTANY ALEXIS CLARK, individually, NICHOLAS LIKO GORDON, individually, DOES 1-20; and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>   Defendants.<br><hr>NICHOLAS LIKO GORDON,<br><br>   Counter-Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY INSURANCE COMPANY,<br><br>   Counter-Defendants. | Case No.:  2:25-cv-01285-GMN-EJY<br><br>**<ins>STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER</ins>** |

- 1 -

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, to extend the current October 2, 2025 deadline to submit the Discovery Plan and Scheduling Order. Defendants Stacy Kelecy and Brittany Alexis Clark appeared in the case on October 1, 2025 and, Defendant Nicholas Gordon's counsel, Matthew Sharp, Esq., is out of the country and unavailable until the week of October 20, 2025. Therefore, the parties have not had the opportunity to hold the Rule 26 Conference. The parties will meet the week of October 20, 2025 upon Mr. Sharp's return and will submit the Discovery Plan and Scheduling within 10 days from the date of the Rule 26 Conference.

| | |
|---|---|
| Dated this 2nd day of October, 2025.<br><br>ROGERS, MASTRANGELO, CARVALHO & MITCHELL<br><br>/s/ *Stephen H. Rogers*<br>_____<br>Stephen H. Rogers, Esq.<br>Nevada Bar No. 5755<br>700 South Third Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | Dated this 2nd day of October, 2025.<br><br>LAW OFFICE OF MATTHEW L. SHARP<br><br>/s/ *Matthew L. Sharp*<br>_____<br>Matthew L. Sharp, Esq.<br>Nevada Bar No. 4746<br>432 Ridge Street<br>Reno, Nevada 89501<br>*Attorneys for Defendant Nicholas Gordon* |
| Dated this 2nd day of October, 2025.<br><br>MAIER GUTIERREZ & ASSOCIATES<br><br>/s/ *Robert John Lemus*<br>_____<br>Robert John Lemus, Esq.<br>Nevada Bar No. 16571<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendants Stacy Kelecy and Brittany Alexis Clark* | **IT IS SO ORDERED.**<br><br>_____<br>**U.S. MAGISTRATE JUDGE**<br><br>**Date:  October 3, 2025** |